### IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| In the Matter of a | ) | |
| Member of the Bar of | ) | |
| the Supreme Court of | ) | |
| Delaware: | ) | **No. 260, 2015** |
| | ) | |
| **DANIEL G. SIMMONS,** | ) | **Board Case No. 112441-B** |
| | **)** | |
| Respondent. | ) | |

Submitted:  May 22, 2015
Decided:  May 27, 2015

Before **STRINE**, Chief Justice, **HOLLAND**, and **VALIHURA**, Justices

### O R D E R

This 27th day of May 2015, the Court having received and considered a Stipulation of Disbarment by Consent, jointly submitted by the Office of Disciplinary Counsel and Daniel G. Simmons, a member of the Bar of this Court ("Respondent"), pursuant to Rule 17(e) of the Delaware Lawyers' Rules of Disciplinary Procedure ("Procedural Rules"), and the Court having received and considered an Affidavit of Consent signed by Respondent consenting to the sanction of disbarment,

IT IS HEREBY ORDERED Respondent is DISBARRED as a member of the Bar of this Court.

BY THE COURT:

/s/ Karen L. Valihura
Justice